UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-1779 MWF (MAAx)**                                         Date:  April 26, 2022

Title      **Juanita L. Williams v. C.R. Bard Incorporated, et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

|  Rita Sanchez  |  Not Reported  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
Not Present                                                  Not Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court has reviewed Defendants' Request for Status Conference Via Remote Means ("Defendants' Request"), filed April 25, 2022.  (Docket No. 33).  In lieu of a Status Conference, the Court issues this Order to Show Cause ("OSC") to Plaintiff Juanita L. Williams.

A review of the docket in this action reflects that on June 21 and July 7, 2021, Judge Bastian granted Motions to Withdraw filed by counsel for Plaintiff.  (*See* Orders at Docket Nos. 21 and 23).  Pursuant to those Orders, the docket was updated to reflect that the Plaintiff would proceed pro se with her mailing address at 1025 West 2nd Avenue, Room 18B, Escondido, California  92025.  As reflected on the docket, Docket Nos. 21, 26 and 28 have been returned as undeliverable.  (*See* Docket Nos. 29 and 30).  On October 1, 2021, the Court emailed Docket Nos. 21, 26 and 28, along with blank forms G-6 and CV-005 to Plaintiff.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MAY 20, 2022**:

- Plaintiff's Notice of Change of Address, Telephone Number and Email Address.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-1779 MWF (MAAx)**                                           Date:  April 26, 2022

Title        **Juanita L. Williams v. C.R. Bard Incorporated, et al.**

- A Request for Approval of Substitution of Attorney for new counsel to represent Plaintiff.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of Plaintiff's response to the Order to Show Cause.  ***Failure to respond to the Order to Show Cause by MAY 20, 2022 will result in the dismissal of this action.***

The Court's chambers staff shall send this OSC to Plaintiff by mail to her last known address, and by email to livebythegundiebythegun@gmail.com.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm